IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00219-GCM

| CAMDEN DEVELOPMENT, INC., | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| 84 LUMBER COMPANY, L.P., | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning William Blick (ECF No. 12).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Blick is admitted to appear before this court *pro hac vice* on behalf of Defendant 84 Lumber Company, L.P.

**IT IS SO ORDERED**.

Signed: January 31, 2022

Graham C. Mullen
United States District Judge