IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-cv-00219-GCM

| | |
|---|---|
| CAMDEN DEVELOPMENT, INC. and CUSA N.C. HOLDINGS, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>84 LUMBER COMPANY, L.P.,<br><br>Defendant. | **ORDER** |

This matter is before the Court on its own motion. This action is scheduled to begin a jury trial on May 8, 2023. However, on March 16, 2023, Plaintiffs filed an Amended Complaint. Defendant has not yet filed its Answer, the Court has not considered whether to allow additional discovery, and no motions for summary judgment have been filed. The current posture of the case indicates that May 8, 2023, is not an appropriate trial date. Accordingly, the trial in this matter is continued to a date to be rescheduled in the future. The Parties are directed to file a status report on all pretrial matters within fourteen (14) days after all pleadings are filed.

**SO ORDERED.**

Signed: March 28, 2023

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge